STATE OF NEW JERSEY v. WESLEY JEROME HARRIS.

September 21, 1971. Petition for certification denied.

DOROTHY YARRINGTON, *ET AL.* v.
BALDWIN MANOR, INC., *ET AL.*

September 21, 1971. Petition for certification granted.

IN THE MATTER OF THE ESTATE OF
WILLIAM WEAKS, DECEASED.

September 21, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. FRANK JOSEPH LAMBIASE

September 21, 1971. Petition for certification denied.

AFRED F. BROWN v. STATE OF NEW JERSEY, DEPART-
MENT OF CIVIL SERVICE, *ET AL.*

September 21, 1971. Petition for certification denied.
(See 115 *N. J. Super.* 348)

ESSEX BI-PARTISAN, *ET AL.* v.
NICHOLAS V. CAPUTO, COUNTY CLERK, *ET AL.*

September 21, 1971. Petition for certification denied.